# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CARRIE SEIFERT TATE**                                                                 **PLAINTIFF**

v.                                        **4:09CV00702-WRW**

**I CARE OF ARKANSAS, INC. et al.**                                              **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion for Voluntary Non-Suit as to Separate Defendant Gene Graves (Doc. No. 9). The Motion is GRANTED. Separate Defendant Gene Graves is dismissed without prejudice from this case.

IT IS SO ORDERED this 14th day of October, 2009.

                                                    /s/Wm. R. Wilson, Jr.
                                      UNITED STATES DISTRICT JUDGE