IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CARRIE SEIFERT TATE**                                                                      **PLAINTIFF**

v.                                            **4:09CV00702-WRW**

**I CARE OF ARKANSAS, INC.**                                                            **DEFENDANT**

### ORDER

Pending are Defendant's Motion to Dismiss or Motion for More Definite Statement (Doc. No. 2) and Plaintiff's unopposed Motion for Leave to File Amended Complaint (Doc. No. 8).

Plaintiff's Motion for Leave to File Amended Complaint (Doc. No. 8) is GRANTED, and Defendant's Motion to Dismiss or Motion for More Definite Statement (Doc. No. 2) is DENIED. Accordingly, Plaintiff is directed to file the Amended Complaint, attached to the motion as Exhibit 1, by 5 p.m., Friday, October 30, 2009.

IT IS SO ORDERED this 27th day of October, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE